# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| ___ | ___ |
| | (212) 608-0808 |
| CHARLENE RAMOS | TELECOPIER (212) 962-9696 |
| OFFICE MANAGER | E-MAIL: FNGLAW@AOL.COM |

January 7, 2015

VIA ECF
Clerk's Office
United States Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Restivo v. County of Nassau, Docket No. 14-4662

To the Clerk of the Court:

On behalf of our client, Carolann Hesseman, as Executrix for the Estate of Joseph Volpe, we submit this letter, pursuant to Local Rule 31.2, to request a scheduling deadline of August 18, 2015 for appellant's brief. We filed Form D on December 31, 2014, indicating that we would not be ordering transcripts in this matter.

We request an extension of the 91-day period to file appellant's brief due to 1) the voluminous transcript in Restivo v. County of Nassau, 06 CV 6720 (JS); 2) the number of issues and the degree of complexity of the issues to be briefed on appeal; 3) the fact we are appealing not only the judgment from the Restivo trial, but also the grant of a new trial based on occurrences in the Kogut trial (see infra); and 4) that Judge Seybert adopted rulings from the Kogut trial in the Restivo trial.

Further, as the Court has been made aware through Defendant-Appellant's Pre-Argument Statement (Form C) and Addenda, as well as herein, this appeal stems from a judgment obtained in a re-trial. Therefore, a review of the earlier trial's transcript, Kogut v. County of Nassau, 06 CV 6695 (JS), must also be completed. The first trial's transcript totals approximately 7300 pages and the second trial's transcript totals approximately 3900 pages. Finally, we note that appellant-plaintiff in Kogut v. County of Nassau, 13-3130 CV, was permitted almost eight months to file his appellate brief.

For the foregoing reasons, we respectfully request a scheduling deadline of August 18, 2015 to file appellant's brief.

Respectfully Submitted,

/s/ Louis M. Freeman

_____
Louis M. Freeman

1