UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand and fifteen,

_____

| | |
|---|---|
| Melissa Lullo, Jason Halstead, Taylor Halstead, Heather Halstead, | ORDER<br>Docket Number: 14-4662 |

Plaintiffs - Appellees,

John Restivo, Dennis Halstead,

Plaintiffs - Appellees-Cross-Appellants,

v.

Nassau County, Robert Dempsey, in his individual capacity, Frank Sirianni, in his individual capacity, Milton Gruber, in his individual capacity, Harry Waltman, Albert Martino, in his individual capacity, Charlie Fraas, in his individual capacity, Thomas Allen, in his individual capacity, Richard Brusa, in his individual capacity, Vincent Donnelly, in his individual capacity, Michael Connaughton, in his individual capacity, Wayne Birdsall, in his individual capacity, William Diehl, in his individual capacity, Jack Sharkey, in his individual capacity, Daniel Perrino, in his individual capacity, Anthony Kozier, in his individual capacity, Detective Sergeant Campbell, Shield 48, in his individual capacity, Robert Edwards, Sean Spillane, in his individual capacity, Doe, Officers and Detectives 1-10, in their individual capacities, Richard Roe, Supervisors 1-10, in their individual capacities,

Defendants-Appellees,

Carolann Hessemann, as executrix of the Estate of Joseph Volpe also known as Joseph Volpe,

Defendant - Appellant-Cross-Appellee.

_____

    A notice of appeal was filed on December 17, 2014. The Appellant's Acknowledgment and Appearance Form due January 2, 2015 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective January 27, 2015 if the Acknowledgment and Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

