# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of January, two thousand fifteen.

Before:   Ralph K. Winter,
              *Circuit Judge*.
_____

Melissa Lullo, Jason Halstead, Taylor Halstead, Heather Halstead,

  Plaintiffs-Appellees,

John Restivo, Dennis Halstead,

  Plaintiffs-Appellees-Cross-Appellants,

           v.

Nassau County, *et al.*,

  Defendants-Appellees,

Carolann Hessemann, as executrix of the Estate of Joseph Volpe also known as Joseph Volpe,

  Defendant-Appellant-Cross-Appellee.

_____

**ORDER**
Docket Nos.  14-4662(L)
                        14-4784(XAP)

Appellant-Cross-Appellee has filed a scheduling notification requesting an extended briefing deadline of August 18, 2015.

The scheduling request is DENIED.  Appellant-Cross-Appellee's opening brief is due April 1, 2015.  The appeal is dismissed effective April 1, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order.  See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013)."

          For the Court**:**

          Catherine O'Hagan Wolfe,
          Clerk of Court

