# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand and fifteen.

Before:    Ralph K. Winter,
      *Circuit Judge.*

_____

Melissa Lullo, *et al.*,
 Plaintiffs-Appellees,

John Restivo, *et al.*,
 Plaintiffs-Appellees-Cross-Appellants,     **ORDER**
                   Docket Nos. 14-4662 (L);
 v.                         14-4784 (Con)

Nassau County, *et al.*,
 Defendants-Appellees,

Carolann Hessemann, as executrix of the Estate of
Joseph Volpe also known as Joseph Volpe,
 Defendant-Appellant-Cross-Appellee.

_____

  Louis M. Freeman and the law firm of Freeman, Nooter & Ginsberg move to be relieved as counsel for the Defendants-Appellees and Defendant-Appellant-Cross-Appellee. Appellant-Cross-Appellee moves for an extension of time to file a principal brief. Appellees-Cross-Appellants oppose the motion for an extension of time.

  IT IS HEREBY ORDERED that the motions are GRANTED. Appellees-Cross-Appellants moved to disqualify Appellant-Cross-Appellee's counsel. That motion has created the need for an extended briefing period so that new counsel can become familiar with the case. An extension of 70 days from the date of this order for the filing of Appellant-Cross-Appellee's brief is granted. However, no further extensions will be granted. The appeal is dismissed effective June 5, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

                    For the Court:
                    Catherine O'Hagan Wolfe,
                    Clerk of Court