United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 11, 2015
Docket #: 14-4662cv
Short Title: Restivo v. Nassau County

DC Docket #: 06-cv-6720
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Seybert
DC Judge: Locke

### NOTICE OF MOTION PLACED ON THE CALENDAR

The motions to dismiss for lack of jurisdiction and for oral argument filed in the above-referenced case have been added as submitted cases to the substantive motions calendar for Tuesday, August 25, 2015.

Inquiries regarding this case may be directed to 212-857-8595.