E.D.N.Y-C. Islip
06-cv-6720
Seybert, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand fifteen.

Present:
    Jon O. Newman,
    John M. Walker, Jr.,
    Dennis Jacobs,
        *Circuit Judges*.

---

Melissa Lullo, et al.,

    *Plaintiffs*,

John Restivo, Dennis Halstead,

    *Plaintiffs-Appellees-Cross-Appellants*,

    v.     14-4662

Nassau County, et al.,

    *Defendants-Appellees,*

Carolann Hessemann, as executrix of
the Estate of Joseph Volpe also known as Joseph Volpe,

    *Defendant-Appellant-Cross Appellee*.

---

Appellees move to dismiss for lack of jurisdiction. Appellant moves for oral argument. Upon due consideration, it is hereby ORDERED that Appellees' motion is DENIED. The April 2014 jury verdict form, docketed as a trial exhibit, was not a final order or judgment within the meaning of Federal Rules of Civil Procedure 54(a) and 58. Appellant's motion is DENIED as moot.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

