# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand and fifteen.

Before:     Christopher F. Droney,
                     *Circuit Judge*.

_____

John Restivo, Dennis Halstead,

Plaintiffs - Appellees,

v.

Nassau County, *et al.*,

Defendants-Appellees,

Carolann Hessemann, as executrix of the Estate of Joseph Volpe also known as Joseph Volpe,

Defendant - Appellant.

_____

**ORDER**
Docket No. 14-4662

Appellant moves for leave to file an oversized principal brief of up to 24,000 words.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                      For the Court:

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

